IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD LEE JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-CV-2588-D |
| | § | |
| SEAGOVILLE POLICE DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections (styled as a motion to appeal the magistrate judge's decision to dismiss) on May 10, 2021. The undersigned district judge reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, the court dismisses with prejudice all claims made by plaintiff Richard Lee Johnson ("Johnson") except his claim of excessive force as made against two (at least then) Seagoville police officers—Officer S. Forrest and Officer J. Keahey.

The court orders that, as to the claim of excessive force, Johnson's complaint as amended be served on these defendants.

This case is REFERRED to United States Magistrate Judge David L. Horan

for pretrial management under 28 U.S.C. § 636(b).

Treating Johnson's April 23, 2021 and May 10, 2021 letters, in which he requests appointed counsel, as motions for appointment of counsel, the court refers these motions to Judge Horan for determination in accordance with the foregoing referral of this case for pretrial management.

SO ORDERED.

May 27, 2021.

 _____
 SIDNEY A. FITZWATER
 SENIOR JUDGE