IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD LEE JOHNSON, | § | |
| Plaintiff, | § | |
| V. | § | No. 3:19-CV-2588-D |
| OFFICER JUSTIN KEAHEY and OFFICER STEVEN FORREST, | § | |
| Defendants. | § | |

# ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on January 20, 2022. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

February 28, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE